# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 12−33158
                                                   Chapter 13

Charlie Ellenburg and Barbara Ellenburg,

    Debtors.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above−referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtors to receive a discharge after the case has been closed.

Dated April 25, 2018

*Juan−Carl Guerrero* (signature)

Juan−Carlos Guerrero
Clerk of Court

```
                        United States Bankruptcy Court
                          Middle District of Alabama
```

In re:                                                          Case No. 12-33158-WRS
Charlie Ellenburg                                               Chapter 13
Barbara Ellenburg
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1127-2           User: jingram            Page 1 of 1              Date Rcvd: Apr 25, 2018
                               Form ID: nfrndc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db/jdb         +Charlie Ellenburg,   Barbara Ellenburg,   233 County Road 2233,   Troy, AL 36079-3294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Joint Debtor Barbara  Ellenburg rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Charlie  Ellenburg rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5